issue of any legatee dying before the time of distribution may make the remainder a contingent one. A remainder after a life estate is contingent if it is to the children of the life tenant living at his death and to the issue of such children as may be dead.''

And, finally, if the testator had wanted the remainder to vest so that the remaindermen, along with the life tenant, could sell the property and convey a good title, no doubt paragraph 3 would have ended with the first sentence, and that result would have been accomplished. But other provisions were added which are convincing that the testator did not intend that the remainder should indefeasibly vest until the death of the life tenant.

Reversed.

Mr. Justice GEORGE ROSE SMITH, not participating.

USF&G Co. *v.* DOWNS.

5-1735

320 S. W. 2d 765

Opinion delivered February 16, 1959.

*Mahony & Yocum,* for appellant.

*McKay, Anderson & Crumpler,* for appellee.

DOWNS *v.* MARYLAND CASUALTY CO.

5-1735

Opinion delivered February 16, 1959.